

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 372 | **DATE** | 7/14/2003 |
| **CASE TITLE** | Rafael Murillo vs. Sandvik Process Systems, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. This case is set for a status conference on July 21, 2003 at 9:00am. for entry of either Satisfaction/Release of Original Final Judgment or entry of Amended Final Judgment, and for such other relief as this court deems proper, without further notice.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | JUL 15 2003 | |
| ✓ | Docketing to mail notices. | | date docketed | 53 |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 03 JUL 14 AM 11:26 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAFAEL MURILLO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 98 C 372 |
| SANDVIK PROCESS SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

This cause coming to be heard on the Defendant's Post-trial Motion, due notice having been given, the issues having been briefed by the parties, the Plaintiff having been presented with an election between accepting a reduction of the jury's award for disfigurement from $2,000,000 to $1,000,000 or a new trial solely on the issue of disfigurement damages, and the Court being fully advised in the premises, it is hereby ordered as follows:

The Defendant's Post-trial Motion concerning remittitur is granted in part. The Plaintiff conditionally accepts the remittitur of disfigurement damages from $2,000,000 to $1,000,000 provided that the Defendant pays the amount of $3,120,477 (reflecting the Original Final Judgment of $4,261,222 entered by this court on December 6, 2002, less a $1,000,000 remittitur for disfigurement, less a $165,411 credit for the unwaived portion of the Workers Compensation lien (total WC lien of $225,411 less $60,000 settlement with former Third-party Defendant, Witco Chemical Corporation), plus statutory interest on the balance in the sum of $24,666 (33 weeks at the average weekly rate of 1.2555%)), on or before July 18, 2003. If Defendant makes such payment, Plaintiff shall contemporaneously provide the Defendant with an appropriate Release and Satisfaction of Original Final Judgment to be filed in court on July 21, 2003.

However, in the event the Defendant fails to pay the Plaintiff the sum of $3,120,477 on or before July 18, 2003, the Original Final Judgment in this case shall be amended to the sum of $3,120,477 and the Amended Final Judgment shall be entered on July 21, 2003. In the event the Defendant fails to make payment as noted above and appeals from the Amended Final Judgment or any other judgment, order, finding or ruling of this Court, the Plaintiff shall have been deemed to have preserved his substantive right under Illinois law to contest the $1,000,000 remittitur pursuant to the provisions of Illinois Supreme Court Rule 366(b)(2)(ii) which controls this issue of substantive law in this diversity case.

This case is set for a status conference on July 21, 2003, at 9:00 a.m., for entry of either Satisfaction / Release of Original Final Judgment or entry of Amended Final Judgment, and for such other relief as this Court deems proper, without further notice.

July 14, 2003.

JAMES B. MORAN
Senior Judge, U.S. District Court

